```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 06251
    EDWARD R KOLASINSKI
    PATRICIA KOLASINSKI                             CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-4689     SSN XXX-XX-6604


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/17/08 .

    2.  The case was converted to Chapter 7 without confirmation, 06/20/2008.

    3.  The Debtor paid a total of $    920.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | .00 | .00 | 750.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION CORP | UNSECURED | NOT FILED | .00 | .00 |

```
          Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00           .00          .00         .00           .00
```

```
PRINCIPAL PAID              750.00          .00          .00          .00        750.00
INTEREST PAID                  .00          .00          .00          .00           .00
TOTAL PAID                  750.00          .00          .00          .00        750.00
```

The Debtor's attorney, SHAW & FOLEY LLC             , was allowed $      .00
and was paid $       .00 .

The Trustee received $      46.18 .

Refunds to the Debtor totaled $     123.82 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE